UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

**FILED**

APR 1 2 2022

U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

| UNITED STATES OF AMERICA, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | |
| v. | ) | CAUSE NO. |
| EDEER AVILA, | ) | 1:22-cr-0058 JRS MG |
| a/k/a Edeer Issel Avila-Moradel, | ) | -01 |
| Defendant. | ) | |

## PENALTY SHEET

You have been charged in an Indictment with a violation of the Laws of the United States of America. The maximum penalties are as follows:

| Count Number | Statute | Years | Fine | Supervised Release |
| --- | --- | --- | --- | --- |
| 1 | 21 U.S.C. §§ 841(a)(1) and 846 Conspiracy to Possess with Intent to Distribute and to Distribute Controlled Substances | 10-Life | $10,000,000 | NLT 5 years |
| 2 | 18 U.S.C. § 1956(a)(1)(B)(i) and (h) Conspiracy to Launder Monetary Instruments | 0-20 Years | $500,000 | NMT 3 years |

Dated: _____

_____
EDEER AVILA
Defendant

I certify that the Defendant was advised of the maximum penalties in the manner set forth above and that he signed (or refused to sign) the acknowledgement.

_____
United States Magistrate Judge
Southern District of Indiana